

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00487-CV

**IN THE INTEREST OF J.M.C.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01162
Honorable Charles E. Montemayor, Associate Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent. No costs are taxed in this appeal.

SIGNED February 15, 2017.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Laura Salinas is the presiding judge of the 166th Judicial District Court. The order terminating the Appellant's parental rights was signed by the Honorable Charles E. Montemayor, Associate Judge.